FIRST DISTRICT COURT OF APPEAL
STATE OF FLORIDA
_____

No. 1D2025-0999
_____

KEVIN JONES,

Appellant,

v.

WARDEN,

Appellee.

_____

On appeal from the Circuit Court for Liberty County.
David M. Frank, Judge.


August 13, 2025

PER CURIAM.

DISMISSED.

LEWIS, NORDBY, and TANENBAUM, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____


Kevin Jones, pro se, Appellant.

James Uthmeier, Attorney General, and Julian E. Markham, Assistant Attorney General, Tallahassee, for Appellee.